UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                                         CASE NO.: 08-15622 BKC-JKO

MATHEW J. WHITEHEAD, III                                   CHAPTER 7

S.S. # XXX-XX-9030
                                               Debtor(s)

NOTICE OF APPOINTMENT OF SUCCESSOR CHAPTER 7 TRUSTEE

It appearing Soneet Kapila , has  resigned as Trustee in the above referenced case Marika Tolz  is hereby appointed as Trustee.  The Trustee appointed shall serve under the blanket bond heretofore approved.

X    The 341 meeting date, time and location previously established in the initial Notice of Bankruptcy Case has been reset to:

June 5,  2008 at 11:30am

299 East Broward Blvd, Room # 411, Fort Lauderdale, FL

☐    The 341  meeting date, time and location previously established in the initial Notice of Bankruptcy Case will remain the same.

☐    The 341 meeting was held by the initial trustee and no additional meeting will be set.

Absent further notification from the court, all other information contained in the initial  Notice of Bankruptcy Case, including deadlines set, remains in effect.

Dated: May 6, 2008

                                                   Donald F. Walton
                                                 United States Trustee
                                                 Region 21

                                                 by: _____
                                                    STEVEN R. TURNER
                                                   Assistant United States Trustee

Office of the United States Trustee
51 S.W. First Avenue
Suite 1204
Miami, FL 33130
(305) 536-7285

cc:     Soneet Kapila
       All creditors by the U.S.B.C.